IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALEJANDRO RODRIGUEZ-ESPINO,
also known as Alfredo Alejandro Espino-Rodriguez,

      Petitioner,

vs.                                                                                 No. CIV 13-0040 JB/ACT

RAY TERRY, Warden of Otero County
Processing Center,

      Respondent.

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition, entered concurrently herewith (Doc. 12), which denied without prejudice the Petitioner's Petition Under 28 U.S.C. § 2241 For A Writ of Habeas Corpus, filed January 11, 2013 (Doc. 1), the Court now enters this Final Judgment under rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that the Petitioner's Petition Under 28 U.S.C. § 2241 For A Writ of Habeas Corpus, filed January 11, 2013 (Doc. 1) and the case are dismissed without prejudice.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Alejandro Rodriguez-Espino
Otero County Processing Center
Chaparral, New Mexico

      *Petitioner pro se*

Kenneth J.   Gonzales
   United States Attorney
Kimberly A. Brawley
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

   *Attorneys for the Respondent*